■ In the Matter of JACK GOLDMAN against HICKORY HOUSE, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of JEROME C. LEWIS.— Motion for an order vacating the disbarment order of this court entered on June 15, 1945, denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.